JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -6 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 815

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER AT CARY, NORTH CAROLINA, ON FEBRUARY 19, 1988

<u>Linda Bage Wells, et al. v. AVAir, Inc., et al.</u>,
    E.D. North Carolina, C.A. No. 88-476-CIV-5
<u>Virginia F. Ross, etc. v. AVAir, Inc., et al.</u>,
    W.D. Virginia, C.A. No. 89-0033-L

ORDER DENYING MOTION AS MOOT

On July 28, 1989, defendant AVAir, Inc., in the two above-captioned actions moved the Panel to transfer, under 28 U.S.C. §1407, the action pending in the Western District of Virginia to the Eastern District of North Carolina for coordinated or consolidated pretrial proceedings with the action pending there. Subsequently, the Virginia action was transferred to the Eastern District of North Carolina under 28 U.S.C. §157(b)(5), pursuant to an order entered by the Virginia court on September 26, 1989.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the two above-captioned actions be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

*[signature: Andrew A. Caffrey]*

Andrew A. Caffrey
Chairman